IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OTG EXPERIENCE, LLC,<br><br>        Plaintiff and<br>        Counterclaim Defendant,<br><br>v.<br><br>sbe LICENSING, LLC,<br><br>        Defendant and<br>        Counterclaimant. | Civ. Action No. 16-cv-08909 (LAP)<br><br> |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff OTG Experience, LLC ("Plaintiff") and Defendant sbe Licensing, LLC ("Defendant"), by and through their undersigned counsel, hereby affirm that Plaintiff and Defendant have reached and entered into a settlement agreement and, in accordance with the terms thereof, stipulate that the above-captioned action is hereby dismissed with prejudice and without costs to any party.

Dated: New York, New York
September 20, 2017

                                          Respectfully submitted,

FLASTER GREENBERG PC                  PRYOR CASHMAN LLP

*[signature]*                                       *[signature]*

Jordan LaVine, Esq.                       Tom J. Ferber, Esq.
1835 Market Street, Suite 1050        Dyan Finguerra-DuCharme, Esq.
Philadelphia, PA 19103                 7 Times Square
Telephone: (215) 279-9393            New York, NY 10036
*Attorneys for Plaintiff and*              Telephone: (212) 326-0875
*Counterclaim Defendant*               *Attorneys for Defendant and*
                                            *Counterclaimant*

11

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

*[signature]* 9/29/17
LORETTA A. PRESKA, U.S.D.J.